```
                                              FILED
                                              December 18, 2008
UNITED STATES DISTRICT COURT FOR THE          CLERK, US DISTRICT COURT
                                              EASTERN DISTRICT OF
   EASTERN DISTRICT OF CALIFORNIA             CALIFORNIA
                                              DEPUTY CLERK
```

UNITED STATES OF AMERICA, )
                                        )      Case No. MAG. 08-0435-EFB
        Plaintiff, )
v.                                    )      ORDER FOR RELEASE OF
                                        )      PERSON IN CUSTODY
MAIKA BLUE TAGALU, )
        Defendant. )

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release MAIKA BLUE TAGALU, Case No. MAG. 08-0435-EFB from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___ Release on Personal Recognizance

_X_ Bail Posted in the Sum of: $100,000.00.

    _X_ Unsecured Appearance Bond ($50,000)

    _X_ Appearance Bond with Surety ($50,000)

    _X_ (Other) Conditions as stated on the record.

    _X_ (Other) Secured bond paperwork to be filed within 3 weeks from 12/18/08.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on 12/18/08 at 3:12pm

By /s/ Edmund F. Brennan
Edmund F. Brennan
United States Magistrate Judge